## Commonwealth *v.* Burton et al., Appellants.

Submitted September 8, 1969. *J. Patrick Clark,* Assistant Public Defender, for appellants; *John T. Miller,* First Assistant District

Attorney, and *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.